UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 16-CV-411 RSWL (SK) | Date | August 2, 2016 |
|---|---|---|---|
| Title | Daniel Segovia v. D. Davey | | |

Present: The Honorable   Steve Kim

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On January 20, 2016, the Court dismissed Petitioner's habeas petition with leave to amend by February 19, 2016. (Dkt 4). At Petitioner's request, the Court granted two extensions of time that allowed Petitioner until June 28, 2016 in which to file a First Amended Petition. (Dkts 6, 7, 12, 13). As of the date of this order, Petitioner has not filed a First Amended Petition.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE on or before **August 15, 2016** why this action should not be dismissed for failure to prosecute. Petitioner may discharge this order by filing a First Amended Petition on or before **August 15, 2016**.

**Petitioner is advised that the failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.** Fed. R. Civ. P. 41(b); L.R. 41-1.

If Petitioner no longer wishes to pursue this action, Petitioner may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal," attached. The Clerk is directed to provide Petitioner with a Notice of Dismissal Form (CV-009).